# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Krystyna Zduniak**

    vs.

**Faye Clark**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:06-CV-460

___   **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S COMPLAINT IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MAY 25, 2006.

Dated:  July 21, 2006

*Laurence K. Baerman* (signature)
Clerk of Court

s/S. Potter
By:  Deputy Clerk